**VAN–099** Order Continuing Confirmation Hearing – Rev. 03/12/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Herman Michael Pritchard
 *( debtor has no known aliases )*
102 Phoebee Court
Hampstead, NC 28443

CASE NO.: 19–03509–5–SWH

DATE FILED: August 1, 2019

CHAPTER: 13

## ORDER CONTINUING CONFIRMATION HEARING

IT IS ORDERED that the hearing on confirmation is continued.

DATE:    Wednesday, November 13, 2019
TIME:    10:30 AM
PLACE:   1003 S. 17th Street, Room 118, Wilmington, NC 28401

The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: October 1, 2019

Stephani W. Humrickhouse
United States Bankruptcy Judge